1  STEVEN W. RITCHESON, ESQ (SBN 174062)
   White Field, Inc.
2  9800 D Topanga Canyon Blvd. #347
   Chatsworth, California 91311
3  Telephone: (818) 882-1030
   Facsimile: (818) 337-0383
4  swritcheson@whitefieldinc.com

5  Attorneys for Plaintiff, OLYMPIC DEVELOPMENTS AG, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

OLYMPIC DEVELOPMENTS AG, LLC,

   Plaintiff,

v.

AMAZON.COM, INC., APPLE, INC.,
BARNESANDNOBLE.COM, INC., DIRECTV,
INC., MICROSOFT CORPORATION,
NINTENDO OF AMERICA, INC, SONY
COMPUTER ENTERTAINMENT OF
AMERICA, LLC, SONY ELECTRONICS, INC.,
VALVE CORPORATION,

   Defendants.

Case No. CV10 7237 GW PLAx

**PLAINTIFF OLYMPIC DEVELOPMENTS AG, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**PLAINTIFF OLYMPIC DEVELOPMENTS AG, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Olympic Developments AG, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    Tugaloo Lavonia, LLC
    Transmogrification Security AG, LLC
    Olympic Developments AG, LLC

Respectfully submitted,
**WHITE FIELD, INC.**

Dated: September 28, 2010

_____
Steven W. Ritcheson,
Attorney for Plaintiff
OLYMPIC DEVELOPMENTS AG, LLC

1

**PLAINTIFF OLYMPIC DEVELOPMENTS AG, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**