COPY  BY FAX

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Michael A. Tomasulo (SBN 179389)
tomasulom@dicksteinshapiro.com
Dickstein Shapiro LLP
2049 Century Park East, Suite 700
Los Angeles, California 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

ATTORNEYS FOR: Defendant barnesandnoble.com llc

2010 NOV -2 PM 2 55 FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Olympic Developments AG, LLC<br><br>Plaintiff(s),<br>v.<br><br>Amazon.com, Inc., Apple, Inc., BarnesAndNoble.com, Inc., Directv, Inc., Microsoft Corporation, Nintendo of America, Inc., et al.<br>Defendant(s) | CASE NUMBER:<br><br>CV10-7237 GW (PLAx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  barnesandnoble.com llc
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** — **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| barnesandnoble.com llc | Defendant limited liability company |
| Barnes & Noble Booksellers, Inc. | Defendant, barnesandnoble.com llc, is a limited liability company that is a wholly-owned subsidiary of Barnes & Noble Booksellers, Inc. |
| Barnes & Noble, Inc. | Barnes & Noble Booksellers, Inc. is a wholly-owned subsidiary of Barnes & Noble, Inc. |

There is no other publicly held corporation which owns 10% or more of barnesandnoble.com llc's stock.

November 2, 2010
Date

Sign [signature]

Michael A. Tomasulo (SBN 179389)
Attorney of record for or party appearing in pro per